UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NANCY PETROSKY     Plaintiff | ) ) ) | CIVIL ACTION NO. 3:10-CV-00889-VLB |
| v. | ) ) | |
| RENAISSANCE RECOVERY SOLUTIONS, INC.     Defendant | ) ) ) ) | JULY 1, 2010 |

### MOTION FOR LEAVE TO AMEND COMPLAINT TO SUBSTITUTE AND ADD NEW PARTY

Pursuant to Fed. R. Civ. P. §§15(a)(1)(A), the Plaintiff, Nancy Petrosky, through counsel, hereby moves for leave to amend her Complaint to substitute RENAISSANCE RECOVERY SOLUTIONS, LLC ("RRS") as Defendant in this action in lieu of Renaissance Recovery Solutions, Inc., and to add CAPITAL ONE AUTO FINANCE, INC. ("COAF") as an additional Defendant. In support hereof, the Plaintiff represents:

    1)    This action was commenced on June 7, 2010 against Renaissance Recovery Solutions, Inc.

    2)    The account which is the subject of the lawsuit originated with Renaissance Recovery Solutions, Inc.

3) In September, 2005 Renaissance Recovery Solutions, Inc. entered into a reorganization agreement with RRS and others wherein RRS obtained the assets and liabilities of Renaissance Recovery Solutions, Inc. and Renaissance Recovery Solutions, Inc. ceased its business operations.  See Exhibit A attached.

4) The Plaintiff seeks to amend her Complaint to substitute Renaissance Recovery Solutions, LLC as the Defendant in lieu of Renaissance Recovery Solutions, Inc.

5) Plaintiff also seeks to amend her Complaint to add COAF as a co-defendant and to assert pendent state law claims against COAF. Plaintiff's claim against COAF arise out of the same transaction and occurrence, and questions of law and fact common to both COAF and RRS will arise in the action.

6) Appearances have not yet been filed on behalf of the defendant.

7) The requested amendment will not prejudice any party to this action.

The proposed Amended Complaint is filed together with this motion.

                              PLAINTIFF, NANCY PETROSKY

                              By:/s/ Daniel S. Blinn
                              Daniel S. Blinn, ct02188
                              dblinn@consumerlawgroup.com
                              Consumer Law Group, LLC
                              35 Cold Spring Rd., Suite 512
                              Rocky Hill, CT  06067
                              Tel. (860) 571-0408
                              Fax. (860) 571-7457

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2010, a copy of the foregoing Motion for Leave to Amend Complaint to Substitute and Add New Party was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Renaissance Recovery Solutions, Inc.
c/o Scott H. Hogan, Esq., Attorney for Its Court Appointed Receiver
Foster Swift Collins & Smith PC
1700 E Beltline NE, Suite 200
Grand Rapids, MI 49525

Renaissance Recovery Solutions, LLC
c/o The Corporation Trust Company, Its Registered Agent
1209 Orange Street
Wilmington, DE  19801

Capital One Auto Finance, Inc.
c/o Corporation Service Company, Its Registered Agent
50 Weston Street
Hartford, CT 06120-1537
And
Capital One Auto Finance, Inc.
7933 Preston Road
Plano, TX  75024

    /s/ Daniel S. Blinn
    Daniel S. Blinn