UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
NANCY PETROSKY                )   CIVIL ACTION NO.
   Plaintiff                )   3:10-CV-00889-VLB
                              )
v.                            )
                              )
RENAISSANCE RECOVERY          )
SOLUTIONS, INC.               )
   Defendant                )
_____)   AUGUST 20, 2010

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. Rule Rule 41(a)(1)(A)(i), the plaintiff, Nancy Petrosky, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed without prejudice, without costs or attorney's fees.

        PLAINTIFF, NANCY PETROSKY

        By:/s/ Daniel S. Blinn
        Daniel S. Blinn, ct02188
        dblinn@consumerlawgroup.com
        Consumer Law Group, LLC
        35 Cold Spring Rd., Suite 512
        Rocky Hill, CT  06067
        Tel. (860) 571-0408
        Fax. (860) 571-7457

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2010, a copy of foregoing Notice of Dismissal without Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


**Renaissance Recovery Solutions, Inc.**
**c/o Scott H. Hogan, Esq., Attorney for Its Court Appointed Receiver**
**Foster Swift Collins & Smith PC**
**1700 E Beltline NE, Suite 200**
**Grand Rapids, MI 49525**

**Renaissance Recovery Solutions, LLC**
**c/o Jessica Faith MacLean**
**In-House Counsel**
**Renovo Services, LLC**
**14200 Ironwood Drive**
**Grand Rapids, MI 49534**

                                             **/s/ Daniel S. Blinn**
                                               **Daniel S. Blinn**